UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ROBERT BLAKE, and
LUCIA BLAKE, his wife,  CASE NO.: 9:13-CV-81000-MARRA

    Plaintiffs,
vs.

HILLSTONE RESTAURANT GROUP, INC.,
d/b/a Houston's Restaurant,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendant, HILLSTONE RESTAURANT GROUP, INC., d/b/a HOUSTON'S RESTAURANT and Plaintiff, ROBERT BLAKE respectfully submit this Notice of Settlement, and inform the Court that all matters have settled with regard to the above styled cause. Counsel is currently preparing the necessary settlement agreement and stipulation for voluntary dismissal with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*(This space intentionally left blank)*

Respectfully submitted,

HIGHTOWER, STRATTON,
NOVIGROD, KANTOR

BY: /s /Daniel M Novigrod, Esq.
Daniel M. Novigrod
dnovigrod@hightowerlaw.net
Florida Bar Number: 775401
4770 Biscayne Blvd, Suite 1200
Miami, Florida 33137
(305) 539-0909 (Telephone)
(305) 530-0661 (Facsimile)
*Counsel for Defendant*

/s /Andrew J. Palma, Esq.
Andrew J. Palma
apalma@hightowerlaw.net
Florida Bar Number: 084547
4770 Biscayne Blvd, Suite 1200
Miami, Florida 33137
(305) 539-0909 (Telephone)
(305) 530-0661 (Facsimile)
*Counsel for Defendant*

By: /s/ Mark D. Press, Esq.
Mark D. Press
mpress@anselmiller.com
Florida Bar Number: 187164
601 South Ocean Drive
Hollywood, Florida 33019-2007
(954) 922-9100 (Telephone)
(954) 922-9176 (Facsimile)
*Counsel for Plaintiff*

## SERVICE LIST

**Case No.:** 9:13-CV-81000-MARRA

| Daniel M. Novigrod, Esq.<br>(Florida Bar No.775401)<br>dnovigrod@hightowerlaw.net<br>HIGHTOWER, STRATTON, NOVIGROD, KANTOR<br>4770 Biscayne Boulevard, Suite 1200<br>Miami, FL 33137<br>Telephone: (305) 539-0909<br>Facsimile: (305) 530-0661<br>*Attorney for Defendant* | Mark D. Press<br>601 South Ocean Drive<br>Hollywood, Florida 33019-2007<br>Tel: 954-922-9100<br>Fax: 954-922-9176<br>Assistant: Patty Collado<br>pcollado@anselmiller.com<br>mpress@anselmiller.com<br>*Plaintiff's Attorney* |